**ROBERT S. SOLA**
Oregon State Bar No. 84454
rssola@msn.com
**SHIDON B. AFLATOONI**
Oregon State Bar No. 113115
saflatooni@outlook.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PAMELA L. MILLER,** | Case No. 3:14-cv-00879-AC |
| Plaintiff, | ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| v. | |
| **TRANS UNION LLC,** a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.,** a foreign corporation, **MIDLAND FUNDING LLC,** a foreign corporation | |
| Defendants. | |

   THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss Defendant Experian Information Solutions, Inc. ("Experian"), and pursuant to FRCP 41(a)(2);

   NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Experian are dismissed with prejudice and without costs or attorneys' fees to either party.

Page 1 – ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

DONE AND ORDERED on this _18th_ day of August 2015.

_____
HONORABLE JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE

Page 2 – ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.